The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARIE RIFFLE,<br><br>           Plaintiff,<br><br>VS.<br><br>HOLLAND AMERICA LINE N.V. LLC,<br>HOLLAND AMERICA LINE N.V.,<br>HOLLAND AMERICA LINE INC.,<br>HOLLAND AMERICA LINE-USA INC.<br>d/b/a HOLLAND AMERICA,  DOES 1 —<br>5,<br><br>           Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. 2:23-cv-01484-TSZ<br><br>**STIPULATED MOTION TO EXTEND<br>DATE FOR DISCLOSURE OF<br>EXPERT TESTIMONY; ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>April 17, 2024 |

Plaintiff Marie Riffle ("Plaintiff") and Defendants Holland America Line N.V. LLC,
Holland America Line N.V., Holland America Line Inc., Holland America Line-USA Inc. d/b/a
Holland America (collectively, "HAL" or "Defendants"), through their respective counsel of
record, hereby submit this Stipulated Motion to Extend Date for Disclosure of Expert Testimony

Stipulated Motion to Extend Date for
Disclosure of Expert Testimony; Order
(Case No.: 2:23-cv-01484-TSZ) Page - 1

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA
(562) 435-2626

for 45 days.  The parties assert that there is good cause to amend the Court's Minute Order Setting Trial Date and Related Dates (Dkt. 9) based on the following:

1.      Plaintiff in this action seeks damages for an injury sustained on October 12, 2022, during a cruise on the HAL vessel ZAANDAM.  Plaintiff's Complaint alleges that while attempting to enter the interior of the vessel from an outside deck, the outer door slammed into her, causing her to fall and sustain injuries including a left humerus fracture that required surgery.

2.      The parties have exchanged written discovery and are cooperating to obtain complete medical records by subpoena and authorizations from Plaintiff's medical providers in Texas.  The parties have already completed the depositions of Plaintiff and her son.  Plaintiff has already appeared for a Rule 35 Physical Examination.  The parties are also confirmed to mediate this matter on June 26, 2024, with Judge Joe Hilberman (Ret.) with ADR Services, Inc.

3.      The parties' experts will also need to conduct an inspection of the accident location aboard the vessel.  Since counsel are both based in Southern California, the parties scheduled the vessel inspection for March 30, 2024, when the vessel would be calling to the Port of San Diego.  Unfortunately, Plaintiff's expert had a medical issue arise that prevented him from traveling to San Diego.  The parties have therefore rescheduled the inspection for April 24, 2024, at the Port of San Francisco, which was the next available date that the vessel could accommodate the parties and their experts.

4.      The current deadline to disclose expert testimony under FRCP 26(a)(2) is April 23, 2024, which is before the vessel inspection.  The parties request that this date be extended 45 days to June 7, 2024, to allow time for the parties and their experts to conduct the vessel inspection and prepare their respective reports.  It is anticipated that rebuttal disclosures will be due on or around July 7, 2024.  Accordingly, the parties propose the following:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 23, 2024 | June 7, 2024 |

5.      The requested continuance of the above date will not interfere with any other dates set by the court.  All other dates, including trial set for November 12, 2024, will remain the same.  However, the parties are not opposed to a continuance of any of the other dates if the Court is inclined to continue any other dates.

6.      The parties submit this Stipulated Motion in accordance with the Court's Minute Order Setting Trial & Related Dates, which states that dates can be changed only by order of the Court upon good cause.  Because such extension may, despite the cooperation of counsel, interfere with the time set for completing discovery, Court approval is also requested pursuant to FRCP 29(b).

IT IS SO STIPULATED.

**FOR PLAINTIFF**

Date:  April ___, 2024                              NELSON & FRAENKEL LLP

By:  *s/ Carlos Llinás Negret*
Carlos F. Llinás Negret, WSBA #52253
*cllinas@nflawfirm.com*
601 South Figueroa, Suite 2050
Los Angeles, CA 90017
Telephone:   (213) 943-6089
Attorneys for Plaintiff
MARIE RIFFLE

(signatures continued next page)

Stipulated Motion to Extend Date for
Disclosure of Expert Testimony; Order
(Case No.: 2:23-cv-01484-TSZ) Page - 3

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA
(562) 435-2626

1

**<u>FOR DEFENDANTS</u>**

2

Date:  April __, 2024                          FLYNN, DELICH & WISE LLP

3

                                                          By:  *s/ Alisa Manasantivongs*
4                                                                Lisa M. Conner, WSBA #51257
                                                                 *lisac@fdw-law.com*
5                                                                Alisa Manasantivongs, WSBA # 50902
                                                                 *alisam@fdw-law.com*
6                                                                One World Trade Center, Suite 1800
                                                                 Long Beach, CA 90831-1800
7                                                                Telephone:   (562) 435-2626
                                                                 Attorneys for Defendants
8                                                                HOLLAND AMERICA LINE N.V. LLC,
                                                                 HOLLAND AMERICA LINE N.V.,
9                                                                HOLLAND AMERICA LINE INC.,
                                                                 HOLLAND AMERICA LINE – USA INC.,
10                                                               d/b/a HOLLAND AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulated Motion to Extend Date for
Disclosure of Expert Testimony; Order
(Case No.: 2:23-cv-01484-TSZ) Page - 4

1

**ORDER**

2

3        IT IS SO ORDERED.

4        Dated this 18th day of April, 2024.

5

6                                                    _____
                                                     Hon. Thomas S. Zilly
7                                                    United States District Judge

8
Presented by:

9
FLYNN, DELICH & WISE LLP

10
*s/ Alisa Manasantivongs*
11   Alisa Manasantivongs, WSBA # 50902
     *alisam@fdw-law.com*
12

13   Notice of Presentment waived:

14   NELSON & FRAENKEL LLP

15   *s/ Carlos Llinás Negret*
     Carlos F. Llinás Negret, WSBA #52253
16   *cllinas@nflawfirm.com*

17

18

19

20

21

22

23

Stipulated Motion to Extend Date for
Disclosure of Expert Testimony; Order
(Case No.: 2:23-cv-01484-TSZ) Page - 5

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA
(562) 435-2626