UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE RIFFLE,<br><br>   Plaintiff,<br><br> v.<br><br>HOLLAND AMERICA LINE INC; HOLLAND AMERICA LINE NV LLC; HOLLAND AMERICA LINE NV; HOLLAND AMERICA LINE USA INC; and DOES 1-5,<br><br>   Defendants. | C23-1484 TSZ<br><br>ORDER |

The parties having filed a notice of settlement, docket no. 12, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

ORDER - 1

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 15th day of August, 2024.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2